

FILED

MAY 1 4 2024

 UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 14, 2024 SESSION

UNITED STATES OF AMERICA

v.

HENRY ROGERS

CRIMINAL NO. 2:24-cr-00080

21 USC 841(a)(1)
18 USC 922(g)(1)
18 USC 924(a)(8)

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about February 17, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant HENRY ROGERS did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about February 17, 2023, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant HENRY ROGERS knowingly possessed a Ruger .380 caliber LCP handgun, in and affecting interstate commerce.

At the time defendant HENRY ROGERS possessed the aforesaid firearm, he knew he had been convicted of the following crime which was punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about April 8, 2013, in the Circuit Court of Nicholas County, West Virginia, of the felony offense of Conspiracy to Manufacture Methamphetamine in violation of W. Va. Code § 60A-4-401 and 61-10-31 in case number 13-F-19.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

The allegations contained in Counts ONE and TWO of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. 853(a), 28 U.S.C. § 2461, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant HENRY ROGERS of the offense in violation of 21 U.S.C. § 841(a)(1) as charged in Count One of the Indictment or 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8) as charged in Count Two of the Indictment, defendant HENRY ROGERS shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense, including but not limited to a Ruger .380 caliber LCP handgun bearing serial number 371175184, seized on or about February 17, 2023.

WILLIAM S. THOMPSON
United States Attorney

By: _____
D. KEITH RANDOLPH
Assistant United States Attorney